In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00688-CV

___________


ERROL LYNN JOHNSON, Appellant


V.


EQUIFUNDING, Appellee






On Appeal from the 2151th District Court

Harris County, Texas

Trial Court Cause No. 2007-50685





MEMORANDUM OPINION


 Appellant, Errol Lynn Johnson, filed a motion to withdraw his appeal, which
we treat as a motion to dismiss. See Tex. R. App. P. 42.1(a)(1). We grant Johnson's
motion to dismiss. All other pending motions are dismissed as moot.

PER CURIAM

Panel consists of Justices Jennings, Alcala, and Higley.